UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13 CV 7942

Melvin Jamil Adams 441-13-07433
Resident address: 2077 Schenectady Avenue
Brooklyn, NY 11234 (Mill Basin)

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Transit District 23 Police Officers Santi, ADRIAN #947460
Seargeant Hogg, Robert #89768#?
Moratti, Gary #919435 Police Officer NYPD.
23rd PCT, 222 Beach 116th street, Rockaway Park, NY 11694.
Department of Corrections RIKERS ISLAND
Correctional Officer Jebos - AMKC - C-95
and UNKNOWN John DOE Correctional Officers
18-18 Hazen street East Elmhurst NY 11370.
LAW ASSOCIATES OF QUEENS
Office suite 212, Queens BLVD, Forest Hills NY 11375. Also John Doe Name officer badge number 1023 command Police Precint 106.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Melvin Jamil Adams
           ID # 441-13-07433
           Current Institution Rikers Island Jail Facility
           Address 18-18 Hazen street East Elmhurst, NY 11370
           C-95 AMKC

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name ADRIAN SANTI                                Shield # 947460
                  Where Currently Employed 23rd Precint Transit District
                  Address 222 Beach 116th street, Rockaway Park, NY 11694

*Rev. 05/2010*                                    1

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). a 3rd Precint Transit District and 106 Precint Rikers Island AMKC

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ✓

If YES, which claim(s)? Neither

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? Rikers Island Correctional facility

1. Which claim(s) in this complaint did you grieve? Imprisonment; Discrimination and placement neglect of criminal case. Arrest Accusation referal for court.
2. What was the result, if any? An Infraction and no response.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I wrote complaints to Civil Rights Office Region II Jacob Javits Federal building, 26 Federal Plaza Suite 3312 NY, NY 10278
KEW GARDENS Criminal Discretionary Review Override Judge Office 125-01 Queens BLVD, KEW GARDENS NY 11415

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: No response.

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010

4

when and how, and their response, if any: To Departmental Disciplinary Committee phone call # 718-923-6300 for Attorney complaints and Queens Attorney Law Associates } Kew Gardens Queens Judge Judicial Office (court) Complaint is first made to incorrect District (Then Transferred) 61 Broadway, NY, NY 10006 Departmental Disciplinary Docket# 2013.1973

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Attorney Law firm enveloped letters (complaint of procedure and review research of my arrest case and the imprisonment extradition procedures including no vouchers of legal documents suppressed submitted or mailed to me in a timely guideline procedure. Attorney Misrepresentation. Voucher document, I've yet and it is to late to even (get) a order of protection procedure

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Reimbursement of cash from work. Compensation of cash for injuries, legal procedures, families money spent. Payment of cash for imprisonment and being falsely accused of Rape, criteria of profile purjured for society I need justice and money to survive the damage done to my history record criteria of personality profile labeled as a sexual offender, Discriminated against in public locations, work fields, business endeavors, vacation locations, hotels, parks, local neighborhoods, events and etc, my lifes profile has been damaged and critically labeled as a threat in all areas to society people and places, a serious offense against my future. A lawsuit. My Background history, my record of behavior and thought pattern needs to be reimbursed for content comfortable life in well being with myself and neighbors ($200 per day / imprisonment)

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  Melvin Jamil Adams

Defendants  New Rochelle Police Station, Ramona Moore, and numerous police stations

2. Court (if federal court, name the district; if state court, name the county) United States District Court, Southern District of New York, U.S. Courthouse - 500 Pearl St NY, NY 10007

3. Docket or Index number  Electronically filed

4. Name of Judge assigned to your case  Unknown

5. Approximate date of filing lawsuit  November 2010 year

6. Is the case still pending? Yes ___ No ✓

   If NO, give the approximate date of disposition  May from January 2011 - court appearance 10/2011

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  Appealed court date unanswered.

<small>On other claims</small>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  None

Defendants  None

2. Court (if federal court, name the district; if state court, name the county) None

3. Docket or Index number  None

4. Name of Judge assigned to your case  None

5. Approximate date of filing lawsuit  None

6. Is the case still pending? Yes ___ No ✓

   If NO, give the approximate date of disposition  None

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  None

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of September, 2013.

Signature of Plaintiff Melvin Adams (Jamil)
Inmate Number 441-13-07433
Institution Address C-95 AMKC
18-18 Hazen Street
East Elmhurst, NY 11370
Residential Address: 2077 Schenectady Avenue, Brooklyn NY, 11234 (Mill Basin)

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 26 day of September, 2013, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Melvin Jamil Adams